UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLORI GRAHAM,<br><br>          Plaintiff,<br><br>     v.<br><br>CENTRAL GARDEN & PET COMPANY,<br><br>          Defendant. | Case No.  22-cv-06507-JSC<br><br>**PRETRIAL ORDER NO. 1: INITIAL CASE SCHEDULE** |

Following the case management conference held on March 30, 2023, IT IS ORDERED:

- Deadline to Serve Initial Disclosures:                    April 6, 2023
- Deadline to File Class Certification Motion:              February 15, 2024
- Plaintiff Disclose Experts Re: Class Certification:       February 15, 2024
- Opposition to Class Certification Motion:                 April 18, 2024
- Defendant Disclose Experts Re: Class Certification:   April 18, 2024
- Reply in Support of Class Certification:                    April 26, 2024
- Class Certification Hearing:                                     May 16, 2024
- Fact Discovery Deadline:                                        60 days after class certification order

The parties are expected to cooperate to complete class certification expert discovery such that it can be used, if needed, in any opposition/reply.  The Court will set the remainder of the case schedule after class certification is resolved.  A further case management conference is scheduled for August 31, 2023 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance.

//

//

1

**IT IS SO ORDERED.**

2  Dated: March 30, 2023

3

4  _____

5  JACQUELINE SCOTT CORLEY
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California